UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 04 CR 10245 RGS |
| v. | ) | |
| | ) | |
| ANDREW PERRY | ) | Violation: |
| | ) | 18 U.S.C. § 922(g)(1) – |
| | ) | Possession of a Firearm and |
| | ) | Ammunition by a Convicted |
| | ) | Felon |

INDICTMENT

COUNT ONE:   18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about May 26, 2004, in Boston, in the District of Massachusetts,

ANDREW PERRY,

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Lorcin, Model L380, .380 caliber semi-automatic pistol, bearing serial number 497697, and seven rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that the Defendant possessed the firearm described in Count One in connection with another felony offense, thus rendering applicable the provisions of U.S.S.G. § 2K2.1(b)(5).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August 18, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

8/18/04
11:45

≈JS 45 (5/97) - (Revised USAO MA 3/25/02)        04 cr 10245 RGS

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     Category No. __II__     Investigating Agency __ATF__

City __Boston__     **Related Case Information:**

County __Suffolk__
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number     __04-863-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Andrew Perry__     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1978__     SS#: __*** ** 7605__     Sex: __M__     Race: __Black__     Nationality: __American__

**Defense Counsel if known:** __Timothy Watkins__     Address: __Federal Defender's Office__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __Magistrate Bowler__  on  __July 23, 2004__

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**    ☐ Petty ____     ☐ Misdemeanor ____     ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Andrew Perry

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in Possession | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  ATF

patrick rowe js 45 complaint.wpd - 3/13/02