

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 25  P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA  )
                          )
v.                        )   Case No. 04-10245-RGS
                          )
ANDREW PERRY              )

## JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The parties hereby move, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on October 25, 2004, and ending on November 30, 2004. It is expected that the requested extension would allow the parties sufficient time to further review discovery materials and contemplate the filing of motions.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A), that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

ANDREW PERRY                              MICHAEL J. SULLIVAN
By His Attorney                           United States Attorney

                                   By:
_____           _____
Timothy Watkins, Esq.                     WILLIAM H. CONNOLLY
                                          Assistant U.S. Attorney

October 25, 2004