UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10245-RGS |
| | ) | |
| ANDREW PERRY | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
FINAL STATUS CONFERENCE

Defendant, Andrew Perry, respectfully moves that this Court continue the Final Status Conference, presently scheduled for November 30, 2004 at 3:30 p.m., to a date convenient to the Court during the week of January 4, 2005.  As support of this motion, defendant through counsel states that automatic discovery has been completed and the parties anticipate resolution of the case short of trial.  Additional investigation of defendant's criminal history by counsel, however, is required before the parties can affirmatively represent to the Court that the case should be reported to the District Court for disposition.  Counsel expects that investigation to be completed by January 4, 2005 at which time the parties should be prepared to have the case sent to the District Court.

The government assents to this motion.  The parties agree that the Court's prior orders have excluded time up to and including November 30, 2004.  The parties further agree that the Court should exclude time up to and including the rescheduled

Final Status Conference in the interests of justice to allow the parties to negotiate a resolution of the case short of trial.

Respectfully submitted,

| MICHAEL SULLIVAN | ANDREW PERRY |
| UNITED STATES ATTORNEY | By His Attorney, |

/s/ Timothy Watkins o/b/o
William H. Connolly
Assistant United States
Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
Tel: 617-748-3174

/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061