UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10245-RGS |
| | ) | |
| ANDREW PERRY | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO FURTHER CONTINUE
FINAL STATUS CONFERENCE

   Defendant, Andrew Perry, respectfully moves that this Court continue the Final Status Conference, presently scheduled for January 10, 2005 at 10:30 a.m., to January 25, 2005 at 2:30 p.m. or another date convenient to the Court.  As support of this motion, defendant through counsel states that automatic discovery has been completed and the parties anticipate resolution of the case short of trial.  Counsel is continuing to investigate defendant's criminal history by counsel in order to effectively counsel the defendant and then affirmatively represent to the Court that the case should be reported to the District Court for disposition.  Counsel expects that investigation to be completed by January 25, 2005 at which time the parties should be prepared to have the case sent to the District Court.

   The government assents to this motion.  The parties agree that the Court's prior orders have excluded time up to and including January 10, 2005.  The parties further agree that the Court should exclude time up to and including the rescheduled

Final Status Conference in the interests of justice to allow the parties to negotiate a resolution of the case short of trial.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | ANDREW PERRY |
| UNITED STATES ATTORNEY | By His Attorney, |
| | |
| /s/ Timothy Watkins o/b/o | /s/ Timothy Watkins |
| William H. Connolly | Timothy G. Watkins |
| Assistant United States Attorney | Federal Defender Office |
| United States Courthouse | 408 Atlantic Ave. 3rd Floor |
| Suite 9200 | Boston, MA  02110 |
| 1 Courthouse Way | Tel: 617-223-8061 |
| Boston, MA 02210 | |
| Tel: 617-748-3174 | |