AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

Andrew Perrry

**WARRANT FOR ARREST**

Case Number: 04-CR-10245-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANDREW PERRY _____
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE ORDERED BY MAGISTRATE JUDGE BOWLER ON 7/23/2004.

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

2/22/2005        Boston, MA
Date              Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at United States District Court, Boston MA. Pre-trial Services Office.

| DATE RECEIVED 02-22-05 | NAME AND TITLE OF ARRESTING OFFICER  KEVIN NEAL  Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02-22-05 | | |

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ANDREW PERRY_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: