# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10245-RGS

UNITED STATES OF AMERICA

v.

ANDREW PERRY

### *FINAL STATUS REPORT*

May 5, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with being a convicted felon in possession of a firearm and ammunition, was returned on August 18, 2004;

    2. The defendant was arraigned on the Indictment on September 13, 2004;

    3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five witnesses and that the trial would last approximately one week;

5. Defense counsel has requested that a pretrial conference is scheduled before the district judge;

6. As of the date of this Final Status Report, time has been excluded through May 5, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

        /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge