UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   V.         CRIMINAL NO. 04-10245-RGS

ANDREW PERRY

# NOTICE OF INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                **MAY 6, 2005**

COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO APPEAR FOR AN "INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE" ON:

**WEDNESDAY, MAY 18, 2005 AT 3:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

  SO ORDERED.

               RICHARD G. STEARNS
               UNITED STATES DISTRICT JUDGE

      BY:

               /s/ Mary   H. Johnson
                Deputy Clerk

**TO: AUSA Connolly; Atty. Watkins.**